SUSAN LARABEE et al., Respondents-Appellants, v GOVERNOR OF
THE STATE OF NEW YORK, Respondent, and NEW YORK STATE
SENATE et al., Appellants-Respondents.

Submitted December 6, 2010; decided January 18, 2011

Motion for reargument dismissed as untimely (see Rules of Ct
of Appeals [22 NYCRR] § 500.24 [b]) [see 14 NY3d 230 (2010)].

Chief Judge LIPPMAN taking no part.